UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE, | No. 2:15-cv-1124 KJM CKD PS (TEMP) |
| Plaintiff, | |
| v. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| NAPA STATE HOSPITAL, | |
| Defendant. | |

By order signed September 28, 2015, plaintiff's pro se complaint was dismissed and he was granted leave to file an amended complaint that cured the defects noted in that order. Plaintiff was granted twenty-eight days from the date of the order to file an amended complaint and was specifically cautioned that failure to respond to the court's order in a timely manner might result in a recommendation that this action be dismissed. The twenty-eight day period has long since expired, and plaintiff has not responded to the court's order in any manner.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; F<small>ED</small>. R. C<small>IV</small>. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate

1

1  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within
2  the specified time may waive the right to appeal the District Court's order.  See <u>Martinez v. Ylst</u>,
3  951 F.2d 1153 (9th Cir. 1991).

Dated: November 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

23  BVD\blackshire1124.fta.f&rs.docx